Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA LEVY, an individual, | Case No. 3:22-CV-00394-MMD-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| v. | |
| WALMART, INC., a foreign corporation doing business in the State of Nevada; JOHN DOES I thought X, inclusive; ABC CORPORATIONS I through X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive, | **SUBMITTED IN COMPLIANCE WITH LR 26-1 (b)** |
| Defendants. | |

Plaintiff PATRICIA LEVY and Defendant WALMART, INC., by and through their respective counsel of record, hereby submit this Stipulated Discovery Plan and Scheduling Order pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(b). The parties agree that discovery will be needed on the Plaintiff's claims, Defendant's denial and affirmative defenses raised in the Answer.

1.      **Fed. R. Civ. P. 26(a) Initial Disclosures:**

The parties conducted the Fed. R. Civ. P. 26(f) scheduling conference on September 13, 2022. Therefore, the parties will make their required Fed. R. Civ. P. 26(a) disclosures no later than **Tuesday, September 27, 2022** pursuant to Fed. R. Civ. P. 26(a)(1)( C).

2.      **Discovery Cut-off Date:**

Discovery will not take more than 180 days from August 24, 2022, the date Defendant filed its Answer. Accordingly, all discovery must be complete no later than **Monday, February 20, 2023.**

-1-

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 204792

3.    **Amending the Pleadings and Adding Parties:**

The date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the discovery cut-off date and, therefore, not later than **Tuesday, November 22, 2022.**

4.    **Fed. R. Civ. P/ 26(a)(2) Disclosure (Experts):**

In accordance with Fed. R. Civ. P. 26(a)(2), initial disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, and therefore, not later than **Thursday, December 22, 2022** and disclosures identifying rebuttal experts shall be made thirty-two (32) days after the initial disclosure of experts and, therefore, not later than **Monday, January 23, 2023.**

5.    **Dispositive Motions:**

The parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore, not later than **Wednesday, March 22, 2023.**

6.    **Pretrial Order:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Friday, April 21, 2023**. In the event a dispositive motion is filed, the date for the filing of the Joint Pretrial Order shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Stipulated Discovery Plan and Scheduling Order, the date for filing of the Joint Pretrial Order shall be extended in accordance with the time period set forth in this paragraph.

7.    **Fed. R. Civ. P. 26(a)(3) Disclosures:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the parties shall file the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto with the Pretrial Order pursuant to LR 26-1(b)(5) in the Joint Pretrial Order, not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Friday, April 21, 2023**.

/ / /

/ / /

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

-2-

Our File No. 204792

1    **8.    Alternative Dispute Resolution:**

2    The parties certify they have met and conferred about the possibility of using alternative

3    dispute-resolution processes including mediation, arbitration, and early neutral evaluation. The

4    parties do not request the Court's assistance in this regard at this time.

5    **9.    Alternative Forms of Case Disposition:**

6    The parties certify they have considered consent to trial by a magistrate judge under 28

7    U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order

8    2013-01).

9    **10.    Electronic Evidence at Trial:**

10    The parties certify they have discussed whether they intend to present evidence in electronic

11    format to jurors for the purposes of jury deliberations. Discussions between the parties will be

12    ongoing as the trial date approaches and they stipulate that they intend to present any electronic

13    evidence in a format compatible with the court's electronic jury evidence display system.

14    **11.    Electronically Stored Information:**

15    The parties have undertaken efforts to retain any electronically stored information relevant

16    to this matter and have agreed that, unless the requesting party asks for a definite and specific form,

17    the party producing any electronically stored information need not provide such information in any

18    certain form as long as the form provides the other party reasonable access to the information. The

19    parties have further agreed that, to the extent any party seeks electronically stored information that

20    would be cumulative, burdensome, or unduly costly to produce, counsel for the parties will meet and

21    confer in good faith should any dispute arise.

22    **12.    Extensions or Modifications of the Discovery Plan and Scheduling Order:**

23    In accordance with LR 26-4, a stipulation or motion for modification or extension of this

24    discovery plan and scheduling order must be made no later than twenty-one (21) days before the

25    expiration of the subject deadline.

26    **13.    Protection of Priviledged/Trial Preparation Materials:**

27    The parties prefer to handle these issues on an ad hoc basis as no consensus can be reached

28    in advance.

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 204792

-3-

1    **14.    Consideration of Fed. R. Civ. P. 16(b)(3)(B)(v):**

2         Federal Rule of Civil Procedure 16(b)(3)(B) provides that, among other things, a scheduling

3    order may "(v) direct that before moving for an order relating to discovery, the movant must request

4    a conference with the court." The parties agree to include this provision in the Discovery Plan and

5    Scheduling Order. Fed. R. Civ. P. 16(b)(3)(B)(v) is aimed at providing a mechanism for the parties

6    and the court to quickly and inexpensively resolve any discovery disputes without the delay, expense,

7    and burden on judicial resources that results from formal motion practice. This does not relieve the

8    parties of their obligations to meet and confer amongst themselves pursuant to Fed. R. Civ. P. 37.

9    However, nearly all discovery disputes that the parties cannot agree on can be resolved in a short

10   telephonic conference with the court and those that cannot are the only ones that should actually

11   result in a formal motion being litigated. Including this provision in the Scheduling Order promotes

12   the overall goal of the Federal Rules of Civil Procedure as set forth in Fed. R. Civ. P. 1 which states

13   that the rules are to "be construed, administered, and employed by the court and the parties to secure

14   the just, speedy, and inexpensive determination of every action and proceeding." See also Committee

15   Notes to 2015 Amendments to Fed. R. Civ. P.16.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

-4-

Our File No. 204792

**15.    Fed. R. Civ. P. 45- Notice to Other Parties Before Service of Subpoena:**

Fed. R. Civ. P. 16(b)(3)(B) provides "[i]f the subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, then before it is served on the person to whom it is directed, a notice and a copy of the subpoena must be served on each party." The parties agree to provide no less than seven (7) calendar days' notice via email or facsimile before serving a subpoena.

Dated this 22 day of September 2022.

BRADLEY, DRENDEL & JEANNEY

_____
Daniel T. Hayward, Esq.
Nevada Bar No. 5986
*Attorney for Plaintiff Patricia Levy*

Dated this 22nd day of September 2022

RESNICK & LOUIS, P.C.

/s/ Frederick J. Biedermann
Troy A. Clark Esq.
Nevada Bar No. 11361
Frederick J. Biedermann, Esq.
Nevada Bar No. 11918
*Attorneys for Defendant Walmart, Inc.*

**IT IS SO ORDERED.**

Dated:  September 22  , 2022

_____
UNITED STATES MAGISTRATE JUDGE
HONORABLE CARLA BALDWIN

Our File No. 204792

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999