**RESNICK & LOUIS, P.C.**
JAMES M. BARRINGTON, ESQ.
Nevada Bar No. 9252
jbarrington@rlattorneys.com
FREDRICK J. BIEDERMANN, ESQ.
Nevada Bar No. 11918
fbiedermann@rlattorneys.com
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*WALMART, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA LEVY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a foreign corporation doing business in the State of Nevada; JOHN DOES I through X, inclusive; ABC CORPORATIONS I through X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 3:22-cv-00394-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, WALMART, INC., by and through their attorneys of record, JAMES M. BARRINGTON, ESQ. and FREDRICK J. BIEDERMANN, ESQ., of the law firm of RESNICK & LOUIS, P.C. and Plaintiff, PATRICIA LEVY, by and through her attorney of record, DANIEL T. HAYWARD, ESQ. of BRADLEY DRENDEL & JEANNEY, that all claims of PATRCIA LEVY arising out of Case No.: 3:22-cv-00394-MMD-CLB against WALMART, INC. and all parties be dismissed with prejudice

///

///

1

in their entirety, with each of the parties to bear their own attorney's fees and costs.

Dated this 2ND day of May, 2023.          Dated this _____ day of May, 2023.

**RESNICK & LOUIS, P.C.**                 **BRADLEY DRENDEL & JEANNEY**

_____           _____
JAMES M. BARRINGTON, ESQ.                 DANIEL T. HAYWARD, ESQ.
Nevada Bar No. 9252                       Nevada Bar No. 5986
FREDRICK J. BIEDERMANN, ESQ.              P.O. Box 1987
Nevada Bar No. 11918                      Reno, Nevada 89505
8925 West Russell Road, Suite 220         *Attorney for Plaintiff Patricia Levy*
Las Vegas, Nevada 89148
*Attorneys for Defendant Walmart, Inc.*

## ORDER

IT IS HEREBY ORDERED that all claims of PLAINTIFF PATRICIA LEVY arising out of Case No. 3:22-cv-00394-MMD-CLB against Defendant WALMART, INC, and all parties be dismissed with prejudice in their entirety, with each of the parties to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this _____ day of May, 2023.

_____
UNITED STATES COURT JUDGE

Submitted By:

**RESNICK & LOUIS, P.C.**

/s/ Fredrick J. Biedermann
_____
JAMES M. BARRINGTON, ESQ.
Nevada Bar No. 9252
FREDRICK J. BIEDERMANN, ESQ.
Nevada Bar No. 11918
8925 West Russell Road, Suite 220
Las Vegas, Nevada 89148
*Attorneys for Defendant Walmart Inc.*

in their entirety, with each of the parties to bear their own attorney's fees and costs.

Dated this ___ day of May, 2023.                    Dated this _2_ day of May, 2023.

**RESNICK & LOUIS, P.C.**                           **BRADLEY DRENDEL & JEANNEY**

_____                         _____
JAMES M. BARRINGTON, ESQ.                           DANIEL T. HAYWARD, ESQ.
Nevada Bar No. 9252                                 Nevada Bar No. 5986
FREDRICK J. BIEDERMANN, ESQ.                        P.O. Box 1987
Nevada Bar No. 11918                                Reno, Nevada 89505
8925 West Russell Road, Suite 220                   *Attorney for Plaintiff Patricia Levy*
Las Vegas, Nevada 89148
*Attorneys for Defendant Walmart, Inc.*

## ORDER

IT IS HEREBY ORDERED that all claims of PLAINTIFF PATRICIA LEVY arising out of Case No. 3:22-cv-00394-MMD-CLB against Defendant WALMART, INC, and all parties be dismissed with prejudice in their entirety, with each of the parties to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this _2nd_ day of May, 2023.

_____
UNITED STATES COURT JUDGE

Submitted By:

**RESNICK & LOUIS, P.C.**

/s/ Fredrick J. Biedermann
_____
JAMES M. BARRINGTON, ESQ.
Nevada Bar No. 9252
FREDRICK J. BIEDERMANN, ESQ.
Nevada Bar No. 11918
8925 West Russell Road, Suite 220
Las Vegas, Nevada 89148
*Attorneys for Defendant Walmart Inc.*

2